UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE EX PARTE APPLICATION OF BIGHIT MUSIC CO., LTD.** | Case No.  26-mc-80108-SK |
| | **ORDER SETTING BRIEFING DEADLINES** |
| | Regarding Docket No. 1 |

Before the Court is an *ex parte* application filed by BigHit Music Co., Ltd. ("BigHit") seeking an order to obtain discovery from X Corp. for use in foreign proceedings pursuant to 28 U.S.C. § 1782.  (Dkt. No. 1.)  X Corp. shall file its response to the application by June 2, 2026. BigHit shall file its reply, if any, by June 9, 2026.  No hearing will be held unless the Court deems one necessary.

**IT IS SO ORDERED**.

Dated: May 19, 2026



SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California