J. Jonathan Hawk (SBN 254350)
jhawk@mcdermottlaw.com
Ari Swazer (SBN 359884)
aswazer@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067
+1 310 277 4110
Attorneys for X Corp.

Ilhwan (Justin) Park (SBN 250220)
justin.park@us.dlapiper.com
**DLA PIPER LLP (US)**
500 Eighth Street, NW
Washington, DC 20004
Telephone: (202) 799-4365
Facsimile: (202) 799-5385

David Farkas (SBN 257137)
david.farkas@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA  90067
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
Attorneys for Applicant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In Re *Ex Parte* Application of BigHit Music Co., Ltd.,<br><br><br>Applicant. | Case No. 3:26-mc-80108-SK<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME** |

PARTIES' JOINT STIPULATION FOR EXTENSION OF TIME

3:26-mc-80108-SK

WHEREAS, on April 9, 2026, Applicant BigHit Music Co., Ltd. ("Applicant") filed an *Ex Parte* Application for Order Authorizing Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 (the "Application") (ECF 1);

WHEREAS, the Application sought permission from the Court to issue a subpoena to X Corp. pertaining to an account on the X platform;

WHEREAS, on April 16, 2026, the Court issued an Order directing Applicant to serve the Application, the Court's Order, and all supporting papers on X Corp. (ECF No. 6), and Applicant promptly did so;

WHEREAS, on May 19, 2026, the Court issued an Order establishing deadlines for X Corp. to file its response by June 2, 2026, and for Applicant to file its reply by June 9, 2026 (ECF No. 10);

WHEREAS, counsel for X Corp. and Applicant have continued to engage in discussions regarding a potential resolution of X Corp.'s anticipated jurisdictional objections in this proceeding, and, while the parties believe those discussions have been productive, additional time is needed to explore and discuss potential next steps;

WHEREAS, X Corp. and Applicant do not believe much additional time is needed, but hereby respectfully request that X Corp. be provided an additional 14 days from the date of today's filing, to and including June 16, 2026, to file its response to the Application should the Parties be unable to reach a resolution in this proceeding, with Applicant's reply deadline likewise being extended to June 23, 2026;

WHEREAS, X Corp. and Applicant are optimistic that additional time for continued discussions will result in saving resources of both this Court and the Parties;

WHEREAS, no previous extensions of time have been sought or granted, and the present request is not sought for any improper purpose or delay and is made in good faith.

**IT IS THEREFORE STIPULATED** by and between the Parties, and the Parties respectfully request the Court issue an order stating:

1.    X Corp.'s deadline to respond to the Application shall be continued from June 2, 2026,

PARTIES' JOINT STIPULATION FOR EXTENSION OF TIME

3:26-mc-80108-SK

to and including June 16, 2026 and Applicant's deadline to file its reply, if any, shall be continued from June 9, 2026 to and including June 23, 2026.


Date: June 2, 2026                                      **MCDERMOTT WILL & SCHULTE LLP**


                                                        By: */s/ J. Jonathan Hawk*
                                                        J. Jonathan Hawk

                                                        *Counsel for X Corp.*

                                                        **DLA PIPER LLP (US)**
                                                        By: */s/* David Farkas
                                                        David Farkas

                                                        *Counsel for Applicant*


### FILER'S ATTESTATION OF CONCURRENCE

I, J. Jonathan Hawk, pursuant to Local Rule 5-1(h)(i), attest that I am counsel for X Corp. As the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.


Date: June 2, 2026                                      Respectfully Submitted,


                                                        **MCDERMOTT WILL & SCHULTE LLP**


                                                        By: */s/ J. Jonathan Hawk*
                                                        J. Jonathan Hawk