UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE EX PARTE APPLICATION OF BIGHIT MUSIC CO., LTD.**

Case No.  26-mc-80108-SK

**ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES**

Regarding Docket No. 11

On June 2, 2026, the parties filed a stipulation to extend the briefing deadlines associated with BigHit Music Co., Ltd.'s application.  (Dkt. No. 11.)  Pursuant to the parties' stipulation, the Court GRANTS the parties' request to extend the briefing deadlines.  X Corp.'s deadline to file a response to the application shall be continued from June 2, 2026 to June 16, 2026.  BigHit Music Co., Ltd.'s deadline to file its reply, if any, shall be continued from June 9, 2026 to June 23, 2026.

**IT IS SO ORDERED**.

Dated: June 3, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California