UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE EX PARTE APPLICATION OF BIGHIT MUSIC CO., LTD**

Case No. 26-mc-80108-SK

**ORDER GRANTING STIPULATION TO EXTEND BRIEFING DEADLINES**

Regarding Docket No. 13

On June 16, 2026, the parties filed a stipulation to extend the briefing deadlines associated with BigHit Music Co., Ltd.'s application for an order authorizing discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782. (Dkt. No. 13.) Pursuant to the parties' stipulation, the Court GRANTS the parties' request to extend the briefing deadlines.

X Corp.'s deadline to file a response to the application shall be continued from June 16, 2026 to June 30, 2026. BigHit Music Co., Ltd.'s deadline to file its reply, if any, shall be continued from June 23, 2026 to July 7, 2026. The parties are HEREBY ORDERED to follow the undersigned's standing order regarding stipulations and proposed orders.

**IT IS SO ORDERED**.

Dated: June 17, 2026



_____
SALLIE KIM
United States Magistrate Judge