**DLA PIPER LLP (US)**
Justin Ilhwan Park, Bar No. 250220
justin.park@us.dlapiper.com
500 Eighth Street, NW
Washington, DC 20004
Telephone:    202.799.4000
Facsimile:    202.799.5000

David Farkas, Bar No. CA-257137
david.farkas@us.dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735
Telephone:    310.595.3000
Facsimile:    310.595.3300

Attorneys for Applicant
BigHit Music Co., Ltd.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Ex Parte Application of BigHit Music Co., Ltd.,<br><br>Applicant, | Case No.  3:26-MC-80108<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Applicant BigHit Music Co., Ltd. hereby gives notice of the voluntary dismissal of this action, without prejudice, against all parties and all claims asserted herein. No party has filed an answer or motion for summary judgment in this action.

Dated: July 8, 2026                         DLA PIPER LLP (US)


By:*/s/ David B. Farkas*
  Justin Ilhwan Park
  David Farkas
  *Attorneys for Applicant*

DLA PIPER LLP (US)
ATTORNEYS AT LAW
LOS ANGELES, CA

- 1 -                         NOTICE OF VOLUNTARY DISMISSAL

**ATTORNEY ATTESTATION**

Pursuant to Northern District of California Civil Local Rule 5-1(i)(3), I attest that I authorized placement of my electronic signature on this document.

Dated: July 8, 2026                          By:*/s/ David B. Farkas*
                                             David B. Farkas

DLA PIPER LLP (US)
ATTORNEYS AT LAW
LOS ANGELES, CA

- 2 -

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE  26-80108