UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BIGHIT MUSIC CO LTD,

           Plaintiff,

    v.

X CORP.,

           Defendant.

Case No.  26-mc-80108-SK

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Regarding Docket No. 15

On July 8, 2026, Applicant BigHit Music Co. filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 15.)  X Corp. has not filed an answer or motion for summary judgment.  Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE.  All case deadlines and hearings are HEREBY VACATED.  Each party shall bear its own fees and costs.  The Clerk is instructed to close this file.

    **IT IS SO ORDERED**.

Dated: July 13, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California